

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**12/18/2015**
**FRIZZELL, JASON WAYNE**    **Tr. Ct. No. 13CR-183**

**COA No. 12-14-00069-CR**
**PD-1112-15**

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
PAM ESTES
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *